DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
KATIE BELISLE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICTOR GONZALEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>VICTOR GONZALEZ,<br><br>               Defendant. | No. Mag. 09-323-DAD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>Date:   December 16, 2009<br>Time:   9:00 a.m.<br>Judge:  Hon. Dale A. Drozd |

## Stipulation

The parties, through undersigned counsel, stipulate that the court trial set for December 16, 2009, at 9:00 a.m. be continued to January 20, 2010 at 9:00 a.m.

trial.

///

///

1   Dated:   November 23, 2009

2                                 Respectfully submitted,

                                DANIEL J. BRODERICK
3                                 Federal Defender

4

5                                 /s/ Lauren Cusick

                                LAUREN CUSICK
6                                 Assistant Federal Defender

                                Attorney for Defendant
7                                 VICTOR GONZALEZ

8

9   Dated: November 23, 2009         BENJAMIN WAGNER

                                United States Attorney

10                                /s/ Samantha S. Spangler for

11                               Matthew C. Stegman

                              Assistant U.S. Attorney
12

13

                             **Order**
14   IT IS SO ORDERED.

15

16   DATED:   November __25__, 2009

17                               Dale A. Drozd

                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28