| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | LAUREN CUSICK, Bar #257570<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>DAVID WIKSELL |
| 4 | Certified Student Attorney<br>801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |

**FILED**

JAN 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorney for Defendant
VICTOR M. GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Mag. No. 09-323-DAD
                                    )
              Plaintiff,            )
                                    )   STIPULATION AND [PROPOSED] ORDER
      v.                            )   TO CONTINUE COURT TRIAL
                                    )
VICTOR M. GONZALEZ,                 )
                                    )   Date:  January 20, 2010
              Defendant.            )   Time:  9:00 a.m.
                                    )   Judge: Hon. Dale A. Drozd
_____)

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, VICTOR M. GONZALEZ, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for January 20, 2010, at 9:00 a.m. and set this case for court trial on February 17, 2010, at 9:00 a.m.

1    The continuance is requested because the parties are continuing to
2  negotiate a disposition in this matter.
3  Dated:   January 19, 2010
                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Lauren Cusick
                                          LAUREN CUSICK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          VICTOR M. GONZALEZ


Dated:   January 15, 2010                 BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Robin Taylor for
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney


                          [PROPOSED] ORDER

    The court trial is continued from January 20, 2010, at 9:00 a.m.,
to February 17, 2010, at 9:00 a.m.

    IT IS SO ORDERED.

DATED:   1/19        , 2010          _____
                                     HON. DALE A. DROZD
                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER   -2-