```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID WIKSELL
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  VICTOR M. GONZALEZ

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,      ) Mag. No. 09-323-DAD
15                                 )
              Plaintiff,           )
16                                 ) STIPULATION AND ORDER TO CONTINUE
         v.                        ) COURT TRIAL
17                                 )
    VICTOR M. GONZALEZ,            )
18                                 ) Date:  February 17, 2010
              Defendant.           ) Time:  9:00 a.m.
19                                 ) Judge: Hon. Dale A. Drozd
    _____  )
20

21

22  The United States of America, through MATTHEW STEGMAN, Assistant United

23  States Attorney, together with defendant, VICTOR M. GONZALEZ, by

24  Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal

25  Defender, stipulate to vacate the court trial set for February 17,

26  2010, at 9:00 a.m. and set this case for court trial on March 10, 2010,

27  at 9:00 a.m.

28  /////
                                      1
```

The continuance is requested because the parties are continuing to negotiate a disposition in this matter.

Dated:   February 11, 2010

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Lauren Cusick
                                            LAUREN CUSICK
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            VICTOR M. GONZALEZ

Dated:   February 11, 2010        BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Matthew Stegman
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney

## ORDER

The court trial is continued from February 17, 2010, at 9:00 a.m., to March 10, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: February 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/gonzalez0323.stipord

STIPULATION AND ORDER                -2-