

**FILED**

APR - 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Victor M. Gonzalez

CASE/CITATION NO. 2:09-mj-323 DAD

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
　　　　　_____
　　　　CITY　　　　STATE　　ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 04-06-10　　　　X Victor Gonzalez
　　　　　　　　　　　　　　　DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING: Control date 10/26/10 @ 10:00

(✓) Fine: $ 250 _____ and a penalty assessment of $ 10 _____ for a TOTAL AMOUNT OF: $ 260 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
　　completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 4/6/10

**DALE A. DROZD**
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDCA-3